**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **KEDRIEN BOOKER** | § | |
| | § | |
| **v.** | § | **Case No. 5:25-cv-44-JRG-JBB** |
| | § | |
| **JASON M. GOULD, ET AL.** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Plaintiff Kedrien Booker, proceeding *pro se*, filed the above-styled and numbered civil action complaining of alleged deprivations of his constitutional rights. The case was referred to the United States Magistrate Judge in accordance with 28 U.S.C. § 636.

On January 21, 2026, the Magistrate Judge issued a Report and Recommendation, recommending that the above lawsuit be dismissed without prejudice for failure to obey an order of the Court. Docket No. 16. Plaintiff received a copy of this Report on February 26, 2026 but has filed no objections to date. *See* Docket No. 20. Accordingly, he is barred from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017).

The Court has reviewed the pleadings in this cause and the Report and Recommendation of the Magistrate Judge. Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). It is accordingly

**ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt. No. 16)

1

is **ADOPTED** as the opinion of the District Court. It is further

ORDERED the above-styled civil action is **DISMISSED** without prejudice for failure to

obey an order of the Court. It is further

ORDERED that any and all motions which may be pending in this civil action are hereby

**DENIED**.

So ORDERED and SIGNED this 24th day of March, 2026.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE